UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO. 6:19-cv-01200-CEM-DCI

MICHAEL R. MCNEIL,

    Plaintiff,

RICHARD N. JOHNSON, RICHARD N.
& DEBRA M. JOHNSON TR., and
I-V CORPORATION OF DAYTONA,
d/b/a LOUIE'S PIZZA HOUSE,

    Defendants.
_____/

## AMENDED JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

    The Parties, MICHAEL R. MCNEIL and Defendants, RICHARD N. JOHNSON, and RICHARD N. & DEBRA M. JOHNSON TRUST, and I-V CORPORATION OF DAYTONA d/b/a LOUIE'S PIZZA HOUSE, by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby provide this notice of voluntary dismissal of this action, with prejudice, to this Honorable Court.

    DATED this 13th day of December 2019.

| | |
|---|---|
| By: /s/ Joe M. Quick | By: /s/ Joseph A. Lane |
| Joe M. Quick, Esq. | Joseph A. Lane, FBN 260819 |
| Florida Bar No. 0883794 | **LOWNDES, DROSDICK, DOSTER,** |
| LAW OFFICES OF JOE M. QUICK, ESQ. | **KANTOR & REED, P.A.** |
| 1224 S. Peninsula Drive #604 | 215 North Eola Drive |
| Daytona Beach, FL 32118 | P.O. Box 2809 |
| Telephone: 386-212-3591 | Orlando, Florida 32802-2809 |
| Email: JMQuickEsq@gmail.com | joseph.lane@lowndes-law |
| *Attorney for Plaintiff, Michael R. McNeil* | litcontrol@lowndes-law.com |
| | terri.bagley@lowndes-law.com |
| | Telephone: 407-843-4600 |
| | Facsimile: 407-843-4444 |
| | *Attorneys for Defendants Richard N. Johnson, and Richard N. & Debra M. Johnson Trust* |

By:/s/ *Taylor M. Westfall*
Taylor M. Westfall, Esq.
Florida Bar No. 1008328
COBB COLE
Post Office Box 2491
Daytona Beach, FL 32115-2491
Telephone: 386-323-9292
Facsimile: 386-323-9233
Email: Taylor.Westfall@cobbcole.com
*Attorney for Defendant I-V Corporation of Daytona d/b/a Louie's Pizza House*

Dated this 12th day of December 2019.

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system to all counsel of record on the attached Service List.

Joe M. Quick, Esq.
Law Offices of Joe M. Quick, Esq.
1224 S. Peninsula Drive #604
Daytona Beach, Florida 32118
Email: JMQuickEsq@gmail.com
*Counsel for Plaintiff*

Taylor M. Westfall, Esq.
Cobb Cole
149 S. Ridgewood Avenue, Suite 700
Daytona Beach, Florida 32114
Email: taylor.westfall@cobbcole.com
*Counsel for Defendant, I-V Corporation of Daytona d/b/a Louie's Pizza House*

/s/ Joseph A. Lane
Attorney