UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MICHAEL R. MCNEIL,**

    **Plaintiff,**

v.                                                    Case No: 6:19-cv-1200-Orl-41DCI

**RICHARD N. JOHNSON, I-V
CORPORATION OF DAYTONA and
RICHARD N. & DEBRA M. JOHNSON
TR,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Amended Joint Stipulation of Voluntary Dismissal with Prejudice (Doc. 26). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 13, 2020.



Copies furnished to:

Counsel of Record